James R. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48624.

Missouri Court of Appeals,
Western District.

June 28, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J. and KENNEDY and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

Michael CLEAVER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48996.

Missouri Court of Appeals,
Western District.

June 28, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).